**Order entered June 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01379-CR

### DAVID WAYNE WELCH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court No. 8
### Dallas County, Texas
### Trial Court Cause No. MA18-70849-J

## ORDER

We **REINSTATE** the appeal.

By order entered April 11, 2019, the Court abated this appeal and ordered the trial court to conduct a hearing and determine why appellant's brief has not been filed. Before the Court is appellant's June 19, 2019 motion to substitute counsel and reinstate the appeal. Attached to appellant's motion is an order signed by the trial court indicating appellant has not abandoned his appeal, he desires to prosecute the appeal, and that present appellate counsel was not appointed by the trial court to represent appellant. The trial court has appointed the appellate division of the Dallas County Public Defender's Office to represent appellant. Appellant's motion requests that Christian T. Souza be substituted in as appellant's counsel of record.

The Court **GRANTS** appellant's motion and **DIRECTS** the Clerk of the Court to **REMOVE** Olegario Corral Estrada and **SUBSTITUTE** Christian T. Souza as counsel for appellant. All future correspondence should be sent to Christian T. Souza; Assistant Public Defender; Dallas County Public Defender's Office; 133 N. Riverfront Bld., Lock Box 2; Dallas, Texas 75207; telephone: (214) 653-3550; facsimile: (214) 653-3539.

We **VACATE** our April 11, 2019 order to the extent it requires the trial court to conduct a hearing or file findings.

We **EXTEND** the time to file appellant's brief until **THIRTY DAYS** from the date of this order.

/s/    CORY L. CARLYLE
         JUSTICE